**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR96-81L** **DATE: August 16, 2005**

**TITLE: USA v. Richard Paiva, Jr.**

**U.S. MAGISTRATE JUDGE DAVID L. MARTIN**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Mary Rogers, AUSA
George West, Esq.
Barry Weiner, Probation Officer

**PROCEEDINGS:**

Probation Violation Hearing:

Court informs Deft of violations.
Deft understands violations.
Deft notified of rights.
Deft requests hearing. Hearing set for 8/23/05 at 10:00 a.m.
Govt requests detention.
Court questions Probation Officer.
Deft argues for bail.
Govt rebuttal.
Deft argues.
Court remands deft to custody.