AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Richard Paiva, Jr

APPEARANCE

CASE NUMBER: CR 96-81L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Richard Paiva, Jr.

I certify that I am admitted to practice in this court.

8-16-05
*Date*

[signature]
*Signature*

George West
*Print Name*

3052
*Bar Number*

1500 Bank Boston Plaza
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

961-9042
*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.