AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

RICHARD E. PAIVA, JR.

**WARRANT FOR ARREST**

CASE NUMBER: CR96-81L

RECEIVED
AUG 18 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD E. PAIVA, JR.
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATION OF SUPERVISED RELEASE

in violation of Title 18 United States Code, Section(s) 3583(d)

ALBA-SUE MERCURIO
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

August 18, 2005, PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at 15 Riviera Dr, Narragansett, RI by U.S. Marshals | | |
| DATE RECEIVED 08/18/2005<br>DATE OF ARREST 08/16/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

843444

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

RECEIVED
AUG 12 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

UNITED STATES OF AMERICA

v.

RICHARD PAIVA, JR.

**WARRANT FOR ARREST**

CASE NUMBER: CR 96-00081L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD PAIVA, JR.
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

SEE ATTACHED

in violation of Title 18 United States Code, Section(s) 3583(d)

Doreen Baldinelli
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Doreen Baldinelli
Signature of Issuing Officer

August 12, 2005 at Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at 15 Riviera Dr, Narragansett, RI by U.S. Marshals | | |
| DATE RECEIVED 08/12/2005<br>DATE OF ARREST 08/16/2005 | NAME AND TITLE OF ARRESTING OFFICER<br>Brian McDonald<br>Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.