**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR 96-00081L

RICHARD PAIVA, JR.

**EX PARTE MOTION TO ISSUE SUBPOENAS**

**NOW** comes the Defendant, RICHARD PAIVA, JR., by and through his attorney appointed by the court pursuant to criminal justice Act 18 U.S.C. § 3006(a) and moves pursuant to the requirements of Federal Rule Criminal Procedure Rule 17 and 28 U.S. § 1825 that the Court enter an Order that the clerk in the District of Rhode Island issue subpoenas to:

1. Keeper of the Records, Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863, requiring that the said facility deliver:

   a. All medical records, X-Rays, doctor's reports relative to defendant.
   b. Any videos regarding, or photographic images of any kind of defendant.

2. Keeper of the Records, U.S. Marshal's Office 2 Exchange Terrace, Providence, RI 02903, requiring that said Marshal's Office deliver:

   a. Photographs of defendant after time of his arrest on August 15, 2005.
   b. A copy of the Policy & Procedures Manual including procedures for serving arrest warrants and taking arrestee into custody, surveillance and approach.
   c. Any policy and procedure manual specifically addressing arrests in the domestic setting and emotionally upset individuals.

3. David Borelli, USPO, U.S. Probation Office, 36 Exchange Terrace, 3rd Floor, Providence, Rhode Island 02903, requiring said U.S. Probation Officer to deliver:

   a. Any and all notes memos, records, court pleadings, recordings, letters or other records relative to the

supervision of defendant and particularly detailing any aspects of his relationship to Jennifer Dore.

4. Deputy U.S. Marshal Brian McDonald and Deputy U.S. Marshal Ross Mueske, U.S. Marshal's Office, 2 Exchange Terrace, Providence, Rhode Island 02903.

Defendant requests that he be authorized in connection with all subpoenas in this action to utilize the services of a private constable for service of such subpoenas in lieu of the U.S. Marshal's Office.

Counsel seeks said subpoenas be returnable September 1, 2005 at 2:00 p.m.

Respectfully submitted,

Richard Paiva, Jr.
by his attorney,

George J. West, Esq., #3052
One Financial Plaza
Suite 1500
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax