UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 96-81L** **DATE: August 31, 2005**

**TITLE: USA v. RICHARD PAVIA**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Kenneth Madden**

**Defendant: George West**

**Probation:**

****************************************************************************

**Proceedings: Defendant's Motion for a Protective Order**

**All counsel of record present. Defendant not present. Both sides argue. Court denies the motion.**