UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR 96-81 L
:
RICHARD PAIVA, JR. :

**ORDER RE**
**EX PARTE MOTION TO ISSUE SUBPOENAS**

Before the court is the Ex Parte Motion to Issue Subpoenas (the "Motion") filed by Defendant on August 29, 2005 (Document #39). The Motion is hereby granted as to paragraphs 1 and 4 and denied as to paragraphs 2 and 3. The subpoena authorized by the granting of paragraph 1 shall be served by a private constable. The subpoenas authorized by paragraph 4 shall be served by the U.S. Marshals Office.

ENTER: PER ORDER:

DAVID L. MARTIN
United States Magistrate Judge
August 31, 2005

Martha Saucier
Deputy Clerk