**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
9 2005
RECEIVED
AUG 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR 96-00081L

RICHARD PAIVA, JR.

**MOTION FOR PROTECTIVE ORDER**

Now comes the defendant and moves that the court will enter an order providing that the defendant will not be placed under the responsibility of the following Deputy U. S. Marshals: Chorette, McDonald, Wattick and/or Mueske. As reason for this request, the defendant offers that each said individual is a witness to the circumstances leading to his arrest and to one of the counts of violation of supervised release.

Richard Paiva, Jr.

by his attorney,

DENIED for the reasons stated at the 8/31/05 hearing.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 31, 2005

George J. West
George J. West, Esq., #3052
One Financial Plaza
Suite 1500
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 29th day of August 2005, I forwarded a copy of the within Motion for Protective Order to Stephanie S. Browne, Esq., A.U.S.A., U. S. Department of Justice, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

George J. West