# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CASE NUMBER: CR 96-81L** **DATE: September 1, 2005**

**TITLE: USA v. RICHARD PAIVA**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Stephanie Brown**

**Defendant: George West**

**Probation: David Borrelli**

**************************************************************************

**Proceedings: Status Conference**

**All counsel of record present. Defendant present. Probation present. Court gives travel of case. Defendant requests continuance. Court continues hearing to September 12, 2005 at 10:00 a.m. Court questions defendant. Court orders detention to continue.**