**AFFIDAVIT OF HOPE M. LAGNER**

Your affiant, being duly sworn and upon her oath and under penalty of perjury, hereby deposes and states as follows:

1. My name is Hope M. Lagner. I am 58 years old and currently employed as a legal secretary for George J. West, Esq.

2. On September 6, 2005, I contacted the United States Marshal Service located at Two Exchange Terrace in Providence, RI in connection with a motion to be filed regarding our client, Richard Paiva, Jr.

3. The United States Marshal's Office informed me that Deputy Marshals, Charette, McDonald, Wattick & Mueske are all assigned to the Providence office of the United States Marshal Service.

4. The United States Marshal's Office informed me on September 6, 2005 that there are a total 8 Marshals assigned in Rhode Island.

FURTHER YOUR AFFIANT SAYETH NOT.

Hope M. Lagner
Hope M. Lagner

Subscribed and sworn to on this 6th day of September, 2005.

George J West
Notary Public

My commission expires: 7/2/09