UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 96-81L** **DATE: September 12, 2005**

**TITLE: USA v. Richard Paiva**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Stephanine Brown**

**Defendant: George West**

**Probation: David Borelli**

*****************************************************************************

**Proceedings: Defendant's Motion for Recusal**

**All counsel of record present. Defendant present. Probation present. Defendant makes oral motion for Magistrate Judge Martin to recuse. Government states objections. Defendant responds to the objections. Court takes matter under advisement.**