**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR 96-00081L**

**RICHARD PAIVA, JR.**

**MOTION TO STAY THE VIOLATION OF SUPERVISED RELEASE HEARING PENDING DEFENDANT'S APPLICATION TO THE DISTRICT JUDGE TO REVIEW AND VACATE THE ORDER OF THE MAGISTRATE JUDGE REGARDING RECUSAL**

Now comes the defendant and moves that the Magistrate Judge will stay all proceedings on the violation of supervised release pending resolution of the Defendant's application to the District Judge to vacate the order of the Magistrate Judge regarding recusal and act upon the Defendant's general motion to recuse the Rhode Island District Bench in this action. The interest of justice requires a full resolution of the matter.

By his attorney,

George J. West. Esq. #3052
One Financial Plaza Suite 1500
Providence, RI 02903
Tel. 401-861-9042
Fax. 401-861-0330

Certificate

I hereby certify that I mailed a copy of the foregoing to Stephanie Brown, Esq., Assistant United States Attorney, Office of the United States Attorney, 8th Floor, Fleet Center, Providence, RI 02903 this 16th day of September, 2005.