**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR 96-00081L**

**RICHARD PAIVA, JR.**

**DEFENDANT'S APPLICATION TO THE DISTRICT JUDGE TO VACATE THE ORDER OF TH MAGISTRATE JUDGE DECLINING TO RECUSE HIMSELF IN THE INSTANT ACTION**

Defendant hereby applies to the District Judge to vacate the decision and order of the Magistrate Judge attached hereto as Exhibit A. Defendant makes this application as there is pending before the District Court Defendant's Motion seeking recusal of all judicial officers of the District due to the comprehensive involvement of the U.S. Marshal's Office and one-half of its complement in the arrest of the Defendant. The said arrest resulted in the U.S. Probation Office lodging an additional grounds for violation of supervised release alleging defendant assaulted one of the of the U.S. Marshals effecting the arrest.

Three U.S. Marshals have rendered statements in the action.

Clearly, in connection with the assault grounds credibility issues will be before the court. For the

reasons stated in Defendant's Memorandum of Law in support of the Motion Seeking Recusal which is incorporated herein as Exhibit B the Magistrate Judge ought to have recused himself. Defendant respectfully requests this court to vacate the Magistrate Judge's order denying that request as to that Magistrate Judge and to grant Defendant's motion to recuse.

By his attorney,

George J. West. Esq. #3052
One Financial Plaza Suite 1500
Providence, RI 02903
Tel. 401-861-9042
Fax. 401-861-0330

Certificate

I hereby certify that I mailed a copy of the foregoing to Stephanie Brown, Esq., Assistant United States Attorney, Office of the United States Attorney, 8th Floor, Fleet Center, Providence, RI 02903 this 15th day of September, 2005.