**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR 96-00081L**

**RICHARD PAIVA, JR.**

**INFORMATIONAL MOTION**

On Monday, September 19, 2005, in connection with Defendant's Application to the District Judge to Vacate the Order of the Magistrate Judge Declining to Recuse Himself in the Instant Action within the time frame described in Local Rule 32(b), counsel for the Defendant, Richard Paiva, Jr., ordered the transcript of the September 10, 2005 hearing on the Motion to Recuse the Magistrate Judge.

Respectfully submitted,

George J. West. Esq. #3052
One Financial Plaza Suite 1500
Providence, RI 02903
Tel. 401-861-9042
Fax. 401-861-0330

Certificate

I hereby certify that I mailed a copy of the foregoing to Stephanie Brown, Esq., Assistant United States Attorney, Office of the United States Attorney, 8th Floor, Fleet Center, Providence, RI 02903 this 19th day of September, 2005.