FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR 96-00081L

RICHARD PAIVA, JR.

RECEIVED

SEP 19 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**MOTION TO STAY THE VIOLATION OF SUPERVISED RELEASE HEARING PENDING DEFENDANT'S APPLICATION TO THE DISTRICT JUDGE TO REVIEW AND VACATE THE ORDER OF THE MAGISTRATE JUDGE REGARDING RECUSAL**

Now comes the defendant and moves that the Magistrate Judge will stay all proceedings on the violation of supervised release pending resolution of the Defendant's application to the District Judge to vacate the order of the Magistrate Judge regarding recusal and act upon the Defendant's general motion to recuse the Rhode Island District Bench in this action. The interest of justice requires a full resolution of the matter.

By his attorney,

George J. West

George J. West. Esq. #3052
One Financial Plaza Suite 1500
Providence, RI 02903
Tel. 401-861-9042
Fax. 401-861-0330

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☑ for determination
☐ ______

Ronald R. Lagueux, Senior U.S. District Judge
Date: 9-16-05

GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
September 19, 2005

48