**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** 96-81L **DATE**: 9/27/05
**TITLE OF CASE:** US v. Richard Paiva

**SENIOR JUDGE:** **Ronald R. Lagueux**

**COURTROOM CLERK:** **Barbara J. Gilfillan**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **n/a**
**PROBATION: n/a**

---

**COUNSEL PRESENT**

Government: Stephanie Browne

Defendant: George West

---

**PROCEEDINGS:** Objection to Magistrate Judge's R&R; arguments heard**;** R&R is accepted and adopted; Government to prepare an Order; violation hearing will be scheduled