IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 96-081L |
| | ) | |
| RICHARD PAIVA, JR. | ) | |

ORDER

This matter came on for hearing before the Court on September 27, 2005, on the defendant's Motion to Vacate Denial of Motion to Recuse, and after consideration of the arguments presented and findings that the decision of the Magistrate Judge to deny the Motion to Recuse was well reasoned, it is hereby

ORDERED, ADJUDGED and DECREED

That the aforesaid motion is denied.

BY ORDER

Bal Geifillan
9/30/05

ENTER:

Ronald R. Lagueux
RONALD R. LAGUEUX
Senior United States District Judge

DATE: 9/28/05