**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR 96-00081L

RICHARD PAIVA, JR.

**MOTION FOR CONTINUANCE OF HEARING ON ALLEGED VIOLATION OF SUPERVISED RELEASE**

Now comes the defendant, by and through his attorney, and moves that the court will enter an order continuing the time for the hearing on the merits on this matter to a time on or after October 19, 2005. Defendant makes this motion for the reasons stated in his accompanying memorandum of law.

Richard Paiva, Jr.
By his attorney,

George J. West, Esq., #3052
One Financial Plaza
Suite 1500
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 4 day of October 2005, I forwarded a copy of the within Motion to Stephanie S. Browne, Esq., A.U.S.A., U. S. Department of Justice, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR 96-00081L

RICHARD PAIVA, JR.

**MEMORANDUM OF LAW IN SUPPORT**
**OF DEFENDANT'S MOTION FOR CONTINUANCE**

The defendant has moved for a continuance of the date for the hearing on the merits of the alleged violation for several reasons. Primary among the reasons is that the defendant has become aware that with respect to the four deputy marshal witnesses which were involved in this matter, each is individually being rotated out of the district for duty in connection with the Hurricanes, Rita and Katrina, in the Gulf Coast. Deputy Marshal Wattick is currently on this assignment. Defendant plans to file appropriate motions to take videotaped depositions before the marshals leave, as well as a request for further discovery.

This motion is in the nature of a motion for continuance pursuant to the Local Rules of the United States District Court of Rhode Island, Rule 12 (c). The request has to do with availability of witnesses and testimony the defense wishes to secure for the hearing.

The fact of the national emergency that calls these men to duty, outside of the district, is obviously outside of

defendant's control. Defendant has until now chosen to litigate whether a Magistrate Judge sitting in this district ought to preside over proceedings where one-half of the U. S. Marshals assigned to this district will potentially offer testimony. That point has been decided by the District Judge affirming the decision of the Magistrate Judge not to recuse. Both the time utilized in determining that issue and the time requested here are necessary and required to secure the defendnat an adequate defense and guarantee him his right to the due process of law pursuant to the Fifth Amendment of the United States Constitution.

Richard Paiva, Jr.
By his attorney,

George J. West, Esq., #3052
One Financial Plaza
Suite 1500
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 4 day of October 2005, I forwarded a copy of the within Memorandum of Law to Stephanie S. Browne, Esq., A.U.S.A., U. S. Department of Justice, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.