IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 96-081L |
| | ) | |
| RICHARD PAIVA, JR. | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR CONTINUANCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby responds to the defendant's Motion for Continuance.

The government does not object to the defendant's request for a continuance until October 19, 2005. However, the government does not concede that the defendant is entitled to conduct discovery nor that depositions, of whatever form, are warranted or permitted.

The rights to which a defendant facing a supervised release revocation hearing is entitled are set forth in Rule 32.1, Fed.R.Crim.Pro. The only "discovery" provided for in that Rule is the right of the defendant to obtain the statements of government witnesses called by the government to testify. See Rule 32.1(2)(e); Rule 26.2(a)-(d), (f). The defendant in this case has already been provided the statements of the percipient witnesses, even though they will not all be called to testify by the government. Thus, he has more than that to which he is entitled.

Further, if the defendant wishes to secure the attendance of any witness at a hearing, he

need only apply to the Court for a subpoena. The government has no doubt that subpoenaed witnesses employed by the United States will appear. Thus there is no need for depositions of any sort in this matter.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 5th day of October, 2005, I mailed a true copy of the Government's Response to Defendant's Motion for Continuance by ordinary mail and postage prepaid, to:

George J. West
One Financial Plaza
Suite 1500
Providence, RI 02903