RECEIVED

OCT 0 4 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

FILED
OCT 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR 96-00081L

RICHARD PAIVA, JR.

**MOTION FOR CONTINUANCE OF HEARING ON ALLEGED VIOLATION OF SUPERVISED RELEASE**

Now comes the defendant, by and through his attorney, and moves that the court will enter an order continuing the time for the hearing on the merits on this matter to a time on or after October 19, 2005. Defendant makes this motion for the reasons stated in his accompanying memorandum of law.

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☑ ~~for determination~~
☐ ______

Ronald R. Lagueux, Senior U.S. District Judge

Date: 10-6-05

Richard Paiva, Jr.
By his attorney,

George J. West, Esq., #3052
One Financial Plaza
Suite 1500
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 4 day of October 2005, I forwarded a copy of the within Motion to Stephanie S. Browne, Esq., A.U.S.A., U. S. Department of Justice, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
October 11, 2005