**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR 96-00081L

RICHARD PAIVA, JR.

**MOTION TO ISSUE SUBPOENAS**

**NOW** comes the Defendant, RICHARD PAIVA, JR., by and through his attorney appointed by the court pursuant to criminal justice Act 18 U.S.C. § 3006(a) and moves pursuant to the requirements of Federal Rule Criminal Procedure Rule 17 and 28 U.S. § 1825 that the Court enter an Order that the clerk in the District of Rhode Island issue subpoenas to:

1. Keeper of the Records, U.S. Marshal's Office 2 Exchange Terrace, Providence, RI 02903, requiring that said Marshal's Office deliver:

   a. Photographs of defendant after time of his arrest on August 15, 2005.
   b. A copy of the Policy & Procedures Manual including procedures for serving arrest warrants and taking arrestee into custody, surveillance and approach.
   c. Any policy and procedure manual specifically addressing arrests in the domestic setting and emotionally upset individuals.

2. David Borelli, USPO, U.S. Probation Office, 36 Exchange Terrace, 3rd Floor, Providence, Rhode Island 02903, requiring said U.S. Probation Officer to deliver:

   a. Any and all notes memos, records, court pleadings, recordings, letters or other records relative to the supervision of defendant and particularly detailing any aspects of his relationship to Jennifer Dore.

3. Deputy U.S. Marshal Wattik, U.S. Marshal's Office, 2 Exchange Terrace, Providence, Rhode Island 02903.

Counsel seeks said subpoenas be returnable October 24, 2005 at 10:00 a.m.

Respectfully submitted,

Richard Paiva, Jr.
by his attorney,

George J. West, Esq., #3052
One Financial Plaza
Suite 1500
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 13th day of October 2005, I forwarded a copy of the within Motion to Stephanie S. Browne, Esq., A.U.S.A., U. S. Department of Justice, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.