☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☒ ~~for~~ determination
☐

Ronald R. Lagueux, Senior U.S. District Judge
Date: 10-20-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR 96-00081L

RICHARD PAIVA, JR.

RECEIVED

OCT 21 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**MOTION FOR CONTINUANCE OF HEARING ON ALLEGED VIOLATION OF SUPERVISED RELEASE**

Now comes the defendant, by and through his attorney, and moves that the court will enter an order continuing the time for the hearing on the merits. The reasons for the request are several. Defendant has a pending Motion for issuance of subpoenas. Secondly, based on further work, an additional subpoena will be necessary. Thirdly, defendant upon reflection, is not comfortable with a hearing in part. As the court is aware one of defendant's witnesses, Deputy Mueske, is on Hurricane Katrina duty in Mississippi and won't be returning until the second week in November.

For these reasons, defendant respectfully requests that the hearing date be postponed until after the marshal's return. I represent I specifically discussed the need and reasons for this continuance with my client today, and he concurs with this request. With respect to this motion, defendant specifically requests that all subpoenas issued to date remain in full force and effect through and including the date of the hearing on the merits assigned by the court.

Granted
David L. Martin USMJ
Oct 21, 2005