**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR 96-00081L

RICHARD PAIVA, JR.

## EX PARTE MOTION TO ISSUE SUBPOENAS

**NOW** comes the Defendant, RICHARD PAIVA, JR., by and through his attorney appointed by the court pursuant to criminal justice Act 18 U.S.C. § 3006(a) and moves pursuant to the requirements of Federal Rule Criminal Procedure Rule 17 and 28 U.S. § 1825 that the Court enter an Order that the clerk in the District of Rhode Island issue a subpoena to:

1. John Riedel, M.D., c/o Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863.

Defendant requests that he be authorized in connection with all subpoenas in this action to utilize the services of a private constable for service of such subpoenas in lieu of the U.S. Marshal's Office.

Counsel seeks said subpoenas be returnable October 24, 2005 at 10:00 a.m.

Respectfully submitted,

Richard Paiva, Jr.
by his attorney,

George J. West, Esq., #3052
One Financial Plaza
Suite 1500
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax