**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR 96-00081L

RICHARD PAIVA, JR.

**AMENDED EX PARTE MOTION TO ISSUE SUBPOENAS**

**NOW** comes the Defendant, RICHARD PAIVA, JR., by and through his attorney appointed by the court pursuant to criminal justice Act 18 U.S.C. § 3006(a) and moves pursuant to the requirements of Federal Rule Criminal Procedure Rule 17 and 28 U.S. § 1825 that the Court enter an Order that the clerk in the District of Rhode Island issue a subpoena to:

1. John Riedel, M.D., c/o Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863.

Defendant requests that he be authorized in connection with all subpoenas in this action to utilize the services of a private constable for service of such subpoenas in lieu of the U.S. Marshal's Office.

Counsel seeks said subpoenas be returnable for such future date as this court assigns for hearing on the merits.

Respectfully submitted,

Richard Paiva, Jr.
by his attorney,

George J. West, Esq., #3052
One Financial Plaza
Suite 1500
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax