UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR 96-81 L
:
RICHARD PAIVA, JR. :

**ORDER RE**
**MOTION TO ISSUE SUBPOENAS**

Before the court is the Motion to Issue Subpoenas (the "Motion") filed by Defendant on October 13, 2005 (Document #60). The Motion is granted except as to the items sought in paragraphs 1.b. and 1.c. thereof. As to those items, the subpoenas must state that the specified materials need only be produced if they are also available pursuant to the Freedom of Information Act. If the U.S. Marshals Service is uncertain whether the materials could be obtained in such manner, it shall consult with the U.S. Attorney's Office.

The court declines to grant the Motion without this limitation because some of the information may be confidential and its disclosure could endanger or hinder members of the U.S. Marshals Service in the performance of their law enforcement duties. The court also has doubts as to the relevance of the information. Even assuming that the deputy U.S. Marshals did not follow prescribed procedures in arresting Defendant, the court is unclear how this would constitute a defense to a charge of assault or to the violation of supervised release.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
October 21, 2005

PER ORDER:

Martha Saucier
Deputy Clerk