AO 90 (Rev. 11/91) Deposition Subpoena in a Criminal Case

## PROOF OF SERVICE

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |

| | |
|---|---|
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES ☐ NO AMOUNT $ |
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 11/3/05
Date

[signature]
*Signature of Server*

[illegible]
*Address of Server*

ADDITIONAL INFORMATION

Returned unexecuted due to court date changing