# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA
V.

RICHARD PAIVA, JR.

DEPOSITION SUBPOENA
IN A CRIMINAL CASE

CASE NUMBER: CR96-00081L

TO: KEEPER OF THE RECORDS
U.S. MARSHAL'S OFFICE
2 EXCHANGE TERRACE
PROVIDENCE, RI 02903

RECEIVED
NOV 07 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RI<br>JOHN O. PASTORE BUILDING, 2nd FLOOR<br>PROVIDENCE, RI 02903<br>BEFORE MAGISTRATE JUDGE MARTIN | November 22, 2005 at 10:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

a. Photographs of defendant after time of his arrest on August 15, 2005.

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk [signature] | 11-7-05 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
George J. West, Esq.
One Financial Plaza, Suite 1500
Providence, RI 02903

AO 90 (Rev. 11/91) Deposition Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 11/07/05 | USMS D/RI |
| SERVED | 11/07/05 | USMS D/RI |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Charles Wyant | ☐ YES ☒ NO AMOUNT $______ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Charles Wyant | SDUSM |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 11/07/05
Date

C. Wyant
*Signature of Server*

USMS D/RI
*Address of Server*

ADDITIONAL INFORMATION

FILED
2005 NOV -9 P 4:21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND