AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Rhode Island

USA v. Richard Paiva

## EXHIBIT AND WITNESS LIST

CASE NUMBER: CR96-81L

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | Govt Stephanie Browne | George West |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Oct 11-22-05 | | Martha Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | W-1 | | | David Borelli |
| 1 | | 11-22-05 | ✓ | ✓ | recorder |
| | A | 11 | | ✓ | Request for modification Terms of Supervision |
| | | W-2 | | | Jennifer Dore |
| | B | 11-22-05 | | ✓ | state RI of criminal complaint |
| | C | 11 | | ✓ | complaint for support |
| | | [illegible] | | | |
| | | W-3 | | | Michael Wallick |
| | D | 11-22 | | ✓ | Photo - House |
| | E | 11 | | ✓ | Photo - House |
| | F | 11 | | ✓ | Photo - House |
| | G | 11 | | ✓ | Photo - House |
| | H | 11 | | ✓ | Photo - inside house |
| | I | 11 | | ✓ | Photo - inside house |
| | J | 11 | | ✓ | Photo - inside house |
| | K | 11 | | ✓ | Photo - inside house |
| | L | 11 | | ✓ | Photo - inside house |
| | M | 11 | ✓ | ✓ | Photos of defendant (1-4) |
| | | W-4 | | | Dr Ridell |
| | N | 11-22-05 | | ✓ | Progress notes |
| | O | 11-23-05 | | ✓ | Report Incident |
| | | W-4 | | | Lisa Wild |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. Richard Pavia CASE NO. CR96-81L

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | P | 11-23-05 | | ✓ | Stwt |
| | | W-5 | | | Brian McDonald |
| | | W-6 | | | David Borelli |
| | | W-7 | | | Robert Charlette |
| | | | | | |