**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 29
U.S. DISTRICT

RECEIVED
NOV 30 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR 96-00081L

RICHARD PAIVA, JR.

**MOTION TO ~~FILE~~ Seal**
**EX PARTE DEFENDANT'S REQUEST FOR A**
**CAMERA REVIEW OF THE FILE OF**
**U.S. PROBATION OFFICER DAVID BORELLI**

Now comes the Defendant and moves to file the Defendant's Ex Parte Request for a Camera Review o the File of U.S. Probation Officer David Borelli under Seal. The reason for this request is that the said Defendant's request for a camera review of the file of U.S. Probation Officer David Borelli is needed in connection with the defense strategy in this matter.

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☒ ~~for~~ determination
☐ __________

Ronald R. Lagueux, Senior U.S. District Judge

Date: 11/29/05

Respectfully submitted,

Richard Paiva, Jr.
By His Attorney,

[signature]

George J. West, #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
401-861-9042
401-861-0330 fax

Ruled MOOT.

[signature]

DAVID L. MARTIN
United States Magistrate Judge
December 8, 2005