RECEIVED
NOV 30 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
✓ for determination

Ronald R. Lagueux, Senior U.S. District Judge
Date: 11-29-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR 96-00081L

RICHARD PAIVA, JR.

**EX PARTE DEFENDANT'S REQUEST FOR A CAMERA REVIEW OF THE FILE OF U.S. PROBATION OFFICER DAVID BORELLI**

The defendant requests the review of the file of U.S. Probation Officer, David Borelli, to identify documents, dates of contact, notes, memos or other information which would assist in the defense of the defendant's pending proceeding charging him with violation of supervised release.

Among the charges brought against the defendant is the charge that he disobeyed the probation officer's instruction. The defense seeks any memorialization in the notes and words of Mr. Borelli setting forth said instruction and/or the date and time of its rendering. The relevance of this information would be that any such reference would assist the defense in arguing relative to the extent of the instruction and the date it was rendered.

Also, pertinent to the inquiry was any information that confirms Mr. Borelli's understanding that Ms. Dore was leaving her children with the defendant in late July notwithstanding her negative contacts to Mr. Borelli re the

Ruled MOOT.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
December 8, 2005