VS: CR No. 96-81L

Richard Paiva

Defendant

EXHIBIT RECEIPT

I hereby acknowledge receipt of Government's Exhibit -1

Zachariah Chafee

~~Stephanie Browne~~
Attorney

December 11, 2006

Dated: