USA

Plaintiff

VS: CR No. 96-81L

Richard Paiva

Defendant

# EXHIBIT RECEIPT

I hereby acknowledge receipt of Defendant's Exhibits - A,B,D,E,F,G,H,I,J,K,L,M, N,P,

George West
Attorney

Dated: 12/11/06